✎AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| GLENN FORD, SR. | ) | Case No:  4:04CR00115-03 SWW |
|  | ) | USM No:  23469-009 |
| Date of Previous Judgment:  June 30, 2005 | ) | Mark Alan Jesse |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

   Upon motion of   X  the defendant   ❐  the Director of the Bureau of Prisons   ❐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ❐ DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   51   months **is reduced to**   **TIME SERVED.**

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level:  20            Amended Offense Level:  18
Criminal History Category:  IV         Criminal History Category:  IV
Previous Guideline Range:  51  to  63  months    Amended Guideline Range:  41  to  51  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X  The reduced sentence is within the amended guideline range.
❐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❐  Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated   6/30/05   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   3/ 04 /2008                          /s/ Susan Webber Wright
                                                      Judge's signature

Effective Date:  As soon as possible, but  not later than      SUSAN WEBBER WRIGHT, U.S. District Judge
               (if different from order date)  3/14/08              Printed name and title