**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                               NO. 4:04CR00115-003  SWW

GLENN FORD, SR.

## ORDER

The above entitled cause came on for hearing on government's motion and supplemental motion to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked,** granting government's motions [doc #137 & #141]. Defendant shall serve a term of imprisonment of **FIFTEEN (15) MONTHS** in the custody of the Bureau of Prisons. The Court recommends that defendant participate in residential or non-residential substance abuse treatment during incarceration.

There will be **NO** supervised release to follow.

IT IS SO ORDERED this 27th day of August 2010.

/s/Susan Webber Wright
United States District Judge